# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

RANDAL SINGH GOOMER

    Plaintiff(s)

v.

AKVARR, INC., et al.,

    Defendant(s)

CASE No C 18-cv-02519-JST

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  Mediation with retired Judge Jamie Jacobs May (JAMS)

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: 120 days

Date: August 6, 2018     /s/ Stacy North
                                  Attorney for Plaintiff

Date: August 6, 2018     /s/ Jonathan D. Martin
                                  Attorney for Defendant

- ☒ IT IS SO ORDERED
- ☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: August 13, 2018

U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*

Print Form