Stacy North (SBN 219034)
PIERCE & SHEARER LLP
2055 Woodside Road, Suite 110
Redwood City, CA 94061
Phone: (650) 843-1900
Fax:    (650) 843-1999
Email: snorth@pierceshearer.com

Attorneys for Plaintiff
RANDAL SINGH GOOMER


LEWIS BRISBOIS BISGAARD & SMITH LLP

JOSEPH R. LORDAN, SB# 265610
   E-Mail: Joseph.Lordan@lewisbrisbois.com
JONATHAN D. MARTIN, SB# 188744
   E-Mail: Jonathan.Martin@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants
AKVARR, INC. and VIJAI RANGARAJAN
(incorrectly sued herein as "VIJAI
RANGARAJAN RANGARAJAN")

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDAL SINGH GOOMER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AKVARR, INC., a Delaware corporation; VIJAI RANGARAJAN RANGARAJAN, an individual,<br><br>Defendants. | **Case No. 3:18-CV-02519-JST**<br><br>**STIPULATED REQUEST FOR ORDER CHANGING DATE AND TIME OF HEARING TO APRIL 25, 2019; PROPOSED ORDER**<br><br>Complaint Filed: April 27, 2018<br>Trial Date: September 19, 2019<br>Judge: The Hon. Jon S. Tigar |

Plaintiff RANDAL GOOMER, by and through his attorney of record, Berman North LLP, and Defendants AKVARR, INC. and VIJAI RANGARAJAN, by and through their counsel of record, Lewis Brisbois Bisgaard & Smith LLP, desire to change the date of the hearing on Plaintiff's Unopposed Motion for Approval of PAGA Settlement (the "Motion") due to scheduling conflicts.

WHEREAS, on February 19, 2019, Plaintiff filed the Motion with a noticed hearing date of March 28, 2019.

WHEREAS, the Court continued the hearing due to the selected date being closed to further settings. The hearing on the Motion is presently set for April 18, 2019 at 2:00 p.m. in San Francisco, Courtroom 9, 19th Floor before Judge Jon S. Tigar.

WHEREAS, it is the desire of Plaintiff's counsel that the Unopposed Motion for Approval of PAGA Settlement be heard on April 25, 2019 at 2:00 p.m. in Courtroom 9 of the above-entitled court. Defendants' counsel does not oppose the request.

NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff and Defendants hereby stipulate to the following:

The Hearing on Plaintiff's Unopposed Motion for Approval of PAGA Settlement currently scheduled for April 18, 2019 at 2:00 p.m. shall be rescheduled to April 25, 2019 at 2:00 p.m. in Courtroom 9, 19th Floor of the above-entitled court before the Honorable Judge Jon. S. Tigar.

Respectfully submitted,

Dated: March 12, 2019     PIERCE & SHEARER LLP

By: ___/s/ Stacy North_____
    Stacy North
    Attorneys for Plaintiff
    RANDAL SINGH GOOMER

Dated: March 12, 2019   LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Jonathan D. Martin
Jonathan D. Martin
Attorneys for Defendants
AKVARR, INC. AND VIJAI RANGARAJAN (INCORRECTLY SUED HEREIN AS "VIJAI RANGARAJAN RANGARAJAN")

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

Dated: March 12, 2019   /s/ Stacy North
Stacy North
Attorneys for Plaintiff
RANDAL SINGH GOOMER

**ORDER**

IT IS SO ORDERED, based on the Stipulation set forth above, and GOOD CAUSE APPEARING, that:

The Hearing on Plaintiff's Unopposed Motion for Approval of PAGA Settlement currently scheduled for April 18, 2019 at 2:00 p.m. shall be rescheduled to April 25, 2019 at 2:00 p.m. in Courtroom 9, 19th Floor of the above-entitled court before the Honorable Judge Jon. S. Tigar.

IT IS SO ORDERED.

Dated: March 14, 2019   _____
UNITED STATES DISTRICT JUDGE
HON. JON S. TIGAR