Stacy North (SBN 219034)
BERMAN NORTH, LLP
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
Phone: (650) 320-1685
Fax:    (650) 320-1686
Email: stacy@bermannorth.com

Attorneys for Plaintiff
RANDAL SINGH GOOMER


LEWIS BRISBOIS BISGAARD & SMITH LLP
JOSEPH R. LORDAN, SB# 265610
   E-Mail: Joseph.Lordan@lewisbrisbois.com
JONATHAN D. MARTIN, SB# 188744
   E-Mail: Jonathan.Martin@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants
AKVARR, INC. and VIJAI RANGARAJAN
(incorrectly sued herein as "VIJAI
RANGARAJAN RANGARAJAN")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL SINGH GOOMER, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AKVARR, INC., a Delaware corporation; VIJAI RANGARAJAN RANGARAJAN, an individual<br><br>　　　　　　Defendants. | **Case No. 3:18-CV-02519-JST**<br><br>**STIPULATION TO WITHDRAW UNOPPOSED MOTION FOR APPROVAL OF PAGA SETTLEMENT**<br><br>Date:  June 6, 2019<br>Time: 2:00 p.m.<br>Courtroom: 9<br>Judge: The Hon. Jon S. Tigar |

| | |
|---|---|
| 1 | Plaintiff RANDAL GOOMER, by and through his attorney of record, Berman North |
| 2 | LLP, desires to withdraw Plaintiff's Unopposed Motion for Approval of PAGA Settlement (the |
| 3 | "Motion"), and Defendants AKVARR, INC. and VIJAI RANGARAJAN, by and through their |
| 4 | counsel of record, Lewis Brisbois Bisgaard & Smith LLP, consent to the withdrawal |
| 5 | WHEREAS, on February 19, 2019, Plaintiff filed the Motion with a noticed hearing date |
| 6 | of March 28, 2019. |
| 7 | WHEREAS, on April 19, 2019, the Court continued the hearing. The hearing on the |
| 8 | Motion is presently set for June 6, 2019 at 2:00 p.m. in San Francisco, Courtroom 9, 19th Floor |
| 9 | before Judge Jon S. Tigar. |
| 10 | WHERAS, on April 24, 2019, the Court requested Supplemental Briefing. |
| 11 | WHERAS, the parties are in the process of negotiating a settlement to include a dismissal |
| 12 | without prejudice of the PAGA claim, and a release of the remaining, non-PAGA related claims |
| 13 | for which no Court approval is requested. |
| 14 | WHEREAS, Plaintiff desires to withdraw his Unopposed Motion for Approval of PAGA |
| 15 | Settlement, and Defendants consent to the withdrawal. |
| 16 | NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff and |
| 17 | Defendants hereby stipulate to the following: |
| 18 | Plaintiff's Unopposed Motion for Approval of PAGA Settlement is withdrawn, and the |
| 19 | hearing on Plaintiff's Unopposed Motion for Approval of PAGA Settlement, currently scheduled |
| 20 | for June 6, 2019 at 2:00 p.m., shall be vacated. |

Respectfully submitted,

Dated: May 8, 2019			BERMAN NORTH LLP

By: /s/ Stacy North
Stacy North
Attorneys for Plaintiff
RANDAL SINGH GOOMER

| | |
|---|---|
| Dated: May 8, 2019 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By: __/s/ Jonathan D. Martin__
Jonathan D. Martin
Attorneys for Defendants
AKVARR, INC. AND VIJAI RANGARAJAN (INCORRECTLY SUED HEREIN AS "VIJAI RANGARAJAN RANGARAJAN")

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

Dated: May 8, 2019                     __/s/ Stacy North__
Stacy North
Attorneys for Plaintiff
RANDAL SINGH GOOMER

**ORDER**

IT IS SO ORDERED, based on the Stipulation set forth above, and GOOD CAUSE APPEARING, that:

Plaintiff's Unopposed Motion for Approval of PAGA Settlement is withdrawn, and the hearing on Plaintiff's Unopposed Motion for Approval of PAGA Settlement currently scheduled for June 6, 2019 at 2:00 p.m. shall be vacated.

IT IS SO ORDERED.

Dated: May 9, 2019                     _____
UNITED STATES DISTRICT JUDGE
HON. JON S. TIGAR